IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUSTIN LAMAR BOUCHILLON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 1:21-cv-05226-SCJ _____ |
| | ) | |
| GWINNETT COUNTY; the | ) | |
| GWINNETT COUNTY POLICE | ) | |
| DEPARTMENT; E.S. BOYD, in his | ) | |
| individual capacity as an | ) | |
| OFFICER for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; TOM DORAN, | ) | |
| in his individual capacity as | ) | |
| FORMER CHIEF for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; JESSE JONES, in | ) | |
| his individual capacity as | ) | |
| ASSISTANT CHIEF for | ) | |
| GWINNETT COUNTY, GEORGIA, | ) | |
| POLICE DEPARTMENT; C.J. | ) | |
| LYMBER, in his official capacity as | ) | |
| CORPORAL for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COME NOW Defendants Gwinnett County; the Gwinnett County Police

Department; E.S. Boyd, in his individual capacity as an Officer for Gwinnett

Case 1:21-cv-05226-SCJ   Document 1   Filed 12/22/21   Page 2 of 7

County, Georgia, Police Department; Tom Doran, in his individual capacity as Former Chief for Gwinnett County, Georgia, Police Department; Jesse Jones, in his individual capacity as Assistant Chief for Gwinnett County, Georgia, Police Department; C.J. Lymber, in his official capacity as Corporal for Gwinnett County, Police Department (hereinafter collectively the "Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. § § 1441 and 1446, file this Notice of Removal within the time prescribed by law, showing the following:

1.

On or about November 23, 2021, Plaintiff commenced an action against the Defendants in the Superior Court of Gwinnett County, Civil Action File Number 21-A-09189-6.  A copy of Plaintiff's Complaint and Summons are attached hereto as Exhibit "A."

2.

The first date upon which Defendants received a copy of the Complaint and Summons was November 24, 2021 when the Complaint and Summons were emailed to the undersigned, whose office waived personal service for all Defendants on November 30, 2021. A copy of the Acknowledgment and Waiver of Service is attached hereto as Exhibit "B."

3.

This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Complaint upon these Defendants asserting federal causes of action against all Defendants.

4.

As it appears in Plaintiff's Complaint, Plaintiff seeks recovery from Defendants for alleged violations pursuant to 42 U.S.C. § 1983 of Fourth and Fourteenth Amendment rights and state law torts. Complaint, ¶¶ 80-86, 87-91, 92-94, 95-97, 98-100, 101-103, 104-106, 107-109.

5.

This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343 and may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §§1441(a) and (b) in that it arises under the United States Constitution.

6.

The Defendants hereby certify that they have served a Notice of Filing of this Notice upon Plaintiff's counsel and have filed a Notice with the Clerk of the

Superior Court of Gwinnett County, State of Georgia, a copy of which is attached hereto as Exhibit "C".

7.

The undersigned have read this Notice of Removal, and to the best of their knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact; is warranted by existing law; and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

8.

The Defendants are represented by the undersigned counsel in this matter, and counsel affirms that this Notice of Removal conforms with all applicable laws and is made with the consent of all persons necessary to effectuate removal of this action.

This 22nd day of December, 2021.

TUWANDA RUSH WILLIAMS
Deputy County Attorney
Georgia Bar No. 619545
tuwanda.williams@gwinnettcounty.com

(Signatures continued on next page)

**PLEASE DESIGNATE AS**
**LEAD COUNSEL AND SERVE**
**ALL NOTICES UPON:**                          /s/ Elizabeth B. Taylor
                                               ELIZABETH B. TAYLOR
                                               Senior Assistant County Attorney
                                               Georgia Bar No. 699920
                                               elizabeth.taylor@gwinnettcounty.com

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia  30046-6935
(770) 822-8700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUSTIN LAMAR BOUCHILLON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. _____ |
| | ) | |
| GWINNETT COUNTY; the | ) | |
| GWINNETT COUNTY POLICE | ) | |
| DEPARTMENT; E.S. BOYD, in his | ) | |
| individual capacity as an | ) | |
| OFFICER for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; TOM DORAN, | ) | |
| in his individual capacity as | ) | |
| FORMER CHIEF for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; JESSE JONES, in | ) | |
| his individual capacity as | ) | |
| ASSISTANT CHIEF for | ) | |
| GWINNETT COUNTY, GEORGIA, | ) | |
| POLICE DEPARTMENT; C.J. | ) | |
| LYMBER, in his official capacity as | ) | |
| CORPORAL for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for Plaintiff with a copy

of the foregoing **NOTICE OF REMOVAL** by depositing a copy of same in the

-6-

-7-

United States Mail, in a properly addressed envelope with adequate postage thereon to reach its destination as follows:

The Law Office of R. Douglas Lenhardt, LLC.
1280 W. Broad St.
Athens, GA 30606

This 22nd day of December, 2021.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia  30046-6935
(770) 822-8700