E-FILED IN OFFICE - SR
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**21-A-09189-1**
**12/7/2021 1:25 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

JUSTIN LAMAR BOUCHILLON,

        Plaintiff,

vs.

Gwinnett County; the Gwinnett County Police Department; E.S. BOYD, In his individual capacity as an Officer for Gwinnett County, Georgia, Police Department; TOM DORAN, In his Individual Capacity as Former Chief for Gwinnett County, Georgia, Police Department; JESSE JONES, In his individual capacity as Assistant Chief for Gwinnett County, Georgia, Police Department; C.J. LYMBER, In his official capacity as Corporal for Gwinnett County, Georgia, Police Department.

        Defendants.

Civil Action File No.:

~~21-A-09189-6~~ 21-A-09189-1

COMPLAINT FOR DAMAGES

## ACKNOWLEDGEMENT AND WAIVER OF SERVICE

To:   The Law Office of R. Douglas Lenhardt, LLC.
      1280 W. Broad St.
      Athens, GA 30606

I have received your request to waive service of a summons in this action along with a copy of the complaint, and two copies of this waiver form. I, on behalf of Gwinnett County, the Gwinnett County Police Department, ES Boyd, Tom Doran, Jesse Jones and CJ Lymber (hereinafter "the entities I represent") agree to save the expense of serving a summons and complaint in this case.

Exhibit "B"

I understand that I, on behalf of the entities I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, on behalf of the entities I represent, must file and serve an answer or responsive document on behalf of the entities I represent as provided by O.C.G.A. § 9-11-4 (d)(3) within sixty (60) days from November 29, 2021, the date when the waiver request was sent. If I fail to do so, a default judgment will be entered against me or the entities I represent.

This ___ day of __November__, 2021.

Michael P. Ludwiczak
Georgia Bar No. 460765
Gwinnett County Attorney

Gwinnett County Department of Law
75 Langley Dr.
Lawrenceville, Georgia 30046
770-822-8700

Exhibit "B"                                                         2 of 2