IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

| | |
|---|---|
| JUSTIN LAMAR BOUCHILLON,<br><br>    Plaintiff<br><br>vs.<br><br><br>Gwinnett County; the Gwinnett County Police Department; E.S. BOYD, In his individual capacity as an Officer for Gwinnett County, Georgia, Police Department; TOM DORAN, In his Individual Capacity as Former Chief for Gwinnett County, Georgia, Police Department; JESSE JONES, In his individual capacity as Assistant Chief for Gwinnett County, Georgia, Police Department; C.J. LYMBER, In his official capacity as Corporal for Gwinnett County, Georgia, Police Department.<br><br>    Defendants. | Civil Action File No.:<br><br>21-A-09189-6<br><br>COMPLAINT FOR DAMAGES |

**DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL**

TO:    The Law Office of R. Douglas Lenhardt, LLC.
       1280 W. Broad St.
       Athens, GA 30606

COME NOW Defendants and state:

In compliance with 28 U.S.C. § 1446(d), you are hereby notified of the filing of a notice of removal in this action with the United States District Court for the Northern District of Georgia, Atlanta Division.

Exhibit "C"                                    1 of 11

Attached hereto is a copy of the Notice of Removal of Defendants which has been filed this date in the United States District Court for the Northern District of Georgia, Atlanta Division.

This 22nd day of December, 2021.

TUWANDA RUSH WILLIAMS
Deputy County Attorney
Georgia Bar No. 619545
tuwanda.williams@gwinnettcounty.com

**PLEASE DESIGNATE AS
LEAD COUNSEL AND SERVE
ALL NOTICES UPON:**

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

Attorneys for Defendants

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia  30046-6900
(770) 822-8700

Exhibit "C"                                              2 of 11

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

JUSTIN LAMAR BOUCHILLON,

           Plaintiff

vs.

Gwinnett County; the Gwinnett County Police Department; E.S. BOYD, In his individual capacity as an Officer for Gwinnett County, Georgia, Police Department; TOM DORAN, In his Individual Capacity as Former Chief for Gwinnett County, Georgia, Police Department; JESSE JONES, In his individual capacity as Assistant Chief for Gwinnett County, Georgia, Police Department; C.J. LYMBER, In his official capacity as Corporal for Gwinnett County, Georgia, Police Department.

           Defendants.

Civil Action File No.:

21-A-09189-6

COMPLAINT FOR DAMAGES

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL** was this day served upon counsel for Plaintiff by Odyssey eFileGA and by depositing a copy of same in the United States Mail in an envelope with adequate postage thereon, addressed to:

The Law Office of R. Douglas Lenhardt, LLC.
1280 W. Broad St.
Athens, GA 30606

This 22nd day of December, 2021.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

Attorney for Defendants

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia  30046-6900
(770) 822-8700

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUSTIN LAMAR BOUCHILLON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. _____ |
| | ) | |
| GWINNETT COUNTY; the | ) | |
| GWINNETT COUNTY POLICE | ) | |
| DEPARTMENT; E.S. BOYD, in his | ) | |
| individual capacity as an | ) | |
| OFFICER for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; TOM DORAN, | ) | |
| in his individual capacity as | ) | |
| FORMER CHIEF for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; JESSE JONES, in | ) | |
| his individual capacity as | ) | |
| ASSISTANT CHIEF for | ) | |
| GWINNETT COUNTY, GEORGIA, | ) | |
| POLICE DEPARTMENT; C.J. | ) | |
| LYMBER, in his official capacity as | ) | |
| CORPORAL for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COME NOW Defendants Gwinnett County; the Gwinnett County Police

Department; E.S. Boyd, in his individual capacity as an Officer for Gwinnett

Exhibit "C"                                                                5 of 11

County, Georgia, Police Department; Tom Doran, in his individual capacity as Former Chief for Gwinnett County, Georgia, Police Department; Jesse Jones, in his individual capacity as Assistant Chief for Gwinnett County, Georgia, Police Department; C.J. Lymber, in his official capacity as Corporal for Gwinnett County, Police Department (hereinafter collectively the "Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. § § 1441 and 1446, file this Notice of Removal within the time prescribed by law, showing the following:

1.

On or about November 23, 2021, Plaintiff commenced an action against the Defendants in the Superior Court of Gwinnett County, Civil Action File Number 21-A-09189-6. A copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

2.

The first date upon which Defendants received a copy of the Complaint was November 24, 2021 when the Complaint was emailed to the undersigned, whose office waived personal service for all Defendants on November 30, 2021. A copy of the Acknowledgment and Waiver of Service is attached hereto as Exhibit "B."

-2-

3.

This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Complaint upon these Defendants asserting federal causes of action against all Defendants.

4.

As it appears in Plaintiff's Complaint, Plaintiff seeks recovery from Defendants for alleged violations pursuant to 42 U.S.C. § 1983 of Fourth and Fourteenth Amendment rights and state law torts. Complaint, ¶¶ 80-86, 87-91, 92-94, 95-97, 98-100, 101-103, 104-106, 107-109.

5.

This is a civil action of which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343 and may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. §§1441(a) and (b) in that it arises under the United States Constitution.

6.

The Defendants hereby certify that they have served a Notice of Filing of this Notice upon Plaintiff's counsel and have filed a Notice with the Clerk of the

-3-

Superior Court of Gwinnett County, State of Georgia, a copy of which is attached hereto as Exhibit "C".

7.

The undersigned have read this Notice of Removal, and to the best of their knowledge, information and belief, formed after reasonable inquiry, it is well-grounded in fact; is warranted by existing law; and is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

8.

The Defendants are represented by the undersigned counsel in this matter, and counsel affirms that this Notice of Removal conforms with all applicable laws and is made with the consent of all persons necessary to effectuate removal of this action.

This 22nd day of December, 2021.

TUWANDA RUSH WILLIAMS
Deputy County Attorney
Georgia Bar No. 619545
tuwanda.williams@gwinnettcounty.com

(Signatures continued on next page)

-4-

**PLEASE DESIGNATE AS**
**LEAD COUNSEL AND SERVE**
**ALL NOTICES UPON:**                    /s/ Elizabeth B. Taylor
                                                        ELIZABETH B. TAYLOR
                                                        Senior Assistant County Attorney
                                                        Georgia Bar No. 699920
                                                        elizabeth.taylor@gwinnettcounty.com


Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia  30046-6935
(770) 822-8700

-5-

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN LAMAR BOUCHILLON,  )
           )
    Plaintiff,      )    CIVIL ACTION
           )
v.           )    FILE NO. _____
           )
GWINNETT COUNTY; the  )
GWINNETT COUNTY POLICE  )
DEPARTMENT; E.S. BOYD, in his )
individual capacity as an  )
OFFICER for GWINNETT  )
COUNTY, GEORGIA, POLICE  )
DEPARTMENT; TOM DORAN,  )
in his individual capacity as  )
FORMER CHIEF for GWINNETT )
COUNTY, GEORGIA, POLICE  )
DEPARTMENT; JESSE JONES, in )
his individual capacity as  )
ASSISTANT CHIEF for  )
GWINNETT COUNTY, GEORGIA, )
POLICE DEPARTMENT; C.J.  )
LYMBER, in his official capacity as )
CORPORAL for GWINNETT  )
COUNTY, GEORGIA, POLICE  )
DEPARTMENT,    )
           )
    Defendants.    )

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served counsel for Plaintiff with a copy

of the foregoing **NOTICE OF REMOVAL** by depositing a copy of same in the

United States Mail, in a properly addressed envelope with adequate postage thereon to reach its destination as follows:

The Law Office of R. Douglas Lenhardt, LLC.
1280 W. Broad St.
Athens, GA 30606

This 22nd day of December, 2021.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No. 699920
elizabeth.taylor@gwinnettcounty.com

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia  30046-6935
(770) 822-8700

-7-
Exhibit "C"                                                          11 of 11