IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN LAMAR BOUCHILLON,  )
                                 )
      Plaintiff,          )      CIVIL ACTION
                                 )
v.                        )      FILE NO. 1:21-CV-05226-SCJ
                               )
GWINNETT COUNTY; the     )
GWINNETT COUNTY POLICE  )
DEPARTMENT; E.S. BOYD, in his )
individual capacity as an     )
OFFICER for GWINNETT     )
COUNTY, GEORGIA, POLICE  )
DEPARTMENT; TOM DORAN, )
in his individual capacity as    )
FORMER CHIEF for GWINNETT )
COUNTY, GEORGIA, POLICE  )
DEPARTMENT; JESSE JONES, in )
his individual capacity as      )
ASSISTANT CHIEF for       )
GWINNETT COUNTY, GEORGIA, )
POLICE DEPARTMENT; C.J.   )
LYMBER, in his official capacity as )
CORPORAL for GWINNETT   )
COUNTY, GEORGIA, POLICE  )
DEPARTMENT,           )
                               )
      Defendants.      )

## **DEFENDANTS GWINNETT COUNTY, E.S. BOYD, TOM DORAN, JESSE JONES, C.J. LYMBER AND PUTATIVE DEFENDANT GWINNETT COUNTY POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COME NOW Defendants Gwinnett County (hereinafter the "County"), E.S. Boyd (hereinafter "Officer Boyd"), Tom Doran, Jesse Jones, and C.J. Lymber and Putative Defendant Gwinnett County Police Department (hereinafter collectively the "Named County Defendants"), by and through counsel, and pursuant to Federal Rules of Civil Procedure 7(b) and 12(b)(6), hereby move the Court to dismiss all claims against them on the ground that Plaintiff has failed to state a claim upon which relief may be granted. In support of their motion, the Named County Defendants rely upon their contemporaneously filed Brief.

Respectfully submitted this 29th day of December, 2021.

/s/ Tuwanda Rush Williams
TUWANDA RUSH WILLIAMS
Deputy County Attorney
Georgia Bar No. 619545
tuwanda.williams@gwinnettcounty.com

(Signatures continue on following page)

2

**PLEASE DESIGNATE AS**
**LEAD COUNSEL AND SERVE**
**ALL NOTICES UPON:**                    /s/ Elizabeth B. Taylor
                                          ELIZABETH B. TAYLOR
                                          Senior Assistant County Attorney
                                          Georgia Bar No.  699920
                                          elizabeth.taylor@gwinnettcounty.com

                                          *Attorneys for Defendants*


Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUSTIN LAMAR BOUCHILLON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 1:21-CV-05226-SCJ |
| | ) | |
| GWINNETT COUNTY; the | ) | |
| GWINNETT COUNTY POLICE | ) | |
| DEPARTMENT; E.S. BOYD, in his | ) | |
| individual capacity as an | ) | |
| OFFICER for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; TOM DORAN, | ) | |
| in his individual capacity as | ) | |
| FORMER CHIEF for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; JESSE JONES, in | ) | |
| his individual capacity as | ) | |
| ASSISTANT CHIEF for | ) | |
| GWINNETT COUNTY, GEORGIA, | ) | |
| POLICE DEPARTMENT; C.J. | ) | |
| LYMBER, in his official capacity as | ) | |
| CORPORAL for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

Respectfully submitted this 29th day of December, 2021.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No.  699920
elizabeth.taylor@gwinnettcounty.com

**Attorney for Defendants**

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JUSTIN LAMAR BOUCHILLON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | FILE NO. 1:21-CV-05226-SCJ |
| | ) | |
| GWINNETT COUNTY; the | ) | |
| GWINNETT COUNTY POLICE | ) | |
| DEPARTMENT; E.S. BOYD, in his | ) | |
| individual capacity as an | ) | |
| OFFICER for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; TOM DORAN, | ) | |
| in his individual capacity as | ) | |
| FORMER CHIEF for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT; JESSE JONES, in | ) | |
| his individual capacity as | ) | |
| ASSISTANT CHIEF for | ) | |
| GWINNETT COUNTY, GEORGIA, | ) | |
| POLICE DEPARTMENT; C.J. | ) | |
| LYMBER, in his official capacity as | ) | |
| CORPORAL for GWINNETT | ) | |
| COUNTY, GEORGIA, POLICE | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served counsel for Plaintiffs with a copy

of the foregoing **DEFENDANTS GWINNETT COUNTY, E.S. BOYD, TOM**

2

**DORAN, JESSE JONES, C.J. LYMBER AND PUTATIVE DEFENDANT GWINNETT COUNTY POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** via the Court's CM/ECF System, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.

Respectfully submitted this 29th day of December, 2021.

/s/ Elizabeth B. Taylor
ELIZABETH B. TAYLOR
Senior Assistant County Attorney
Georgia Bar No.  699920
elizabeth.taylor@gwinnettcounty.com

***Attorney for Defendants***

Gwinnett County Department of Law
75 Langley Drive
Lawrenceville, Georgia 30046-6900
(770) 822-8700

2