**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **JUSTIN LAMAR BOUCHILLON,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION** |
| ) | |
| **v.** ) | **CASE NO. 1:21-CV-05226-SCJ** |
| ) | |
| **GWINNETT COUNTY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Justin Lamar Bouchillon and files this Dismissal with Prejudice as Parties have reached a Mutual Agreement.

Submitted this 30th day of November, 2022.

*/s/ R. Douglas Lenhardt*
R. Douglas Lenhardt
The Law Office of
R. Douglas Lenhardt, LLC
Georgia Bar No. 446503
1280 W. Broad St.
Athens, GA  30606
T: 706-369-5433
doug@lenhardtlaw.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **JUSTIN LAMAR BOUCHILLON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **CASE NO. 1:21-CV-05226-SCJ** |
| | ) | |
| **GWINNETT COUNTY, et. al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF COMPLIANCE

I, R. Douglas Lenhardt, Jr., do hereby certify that this document has been prepared in Times New Roman font, 14 point, in compliance with LR 5.1C of this Court.

This 30th day of November, 2022.

Respectfully Submitted,

The Law Office of

R. Douglas Lenhardt, LLC
1280 W. Broad St.
Athens, GA 30606
(706) 369-5433

*/s/ R. Douglas Lenhardt*_____

**R. Douglas Lenhardt**
Attorney for Plaintiff
Georgia State Bar No.: 446503
doug@lenhardtlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **JUSTIN LAMAR BOUCHILLON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | |
| **v.** | ) | **CASE NO. 1:21-CV-05226-SCJ** |
| | ) | |
| **GWINNETT COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify the foregoing **DISMISSAL WITH PREJUDICE** was this day electronically filed with the Clerk of Court and served upon counsel for Defendants via the Court's CM/ECF System.

This 30th day of November, 2022.

Respectfully Submitted,

The Law Office of
R. Douglas Lenhardt, LLC
1280 W. Broad St.
Athens, GA 30606
(706) 369-5433

*/s/ R. Douglas Lenhardt_____*
**R. Douglas Lenhardt**
Attorney for Plaintiff
Georgia State Bar No.: 446503
doug@lenhardtlaw.com

3