UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN LAMAR BOUCHILLON,

    Plaintiff,

v.

GWINNETT COUNTY, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:21-CV-5226-SCJ

## ORDER

This civil action is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [Doc. 16], which is hereby **APPROVED**. This matter is now **TERMINATED**.

**IT IS SO ORDERED**, this 30th day of March, 2023.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE