**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JUSTIN LAMAR BOUCHILLON,

               Plaintiff,

vs.

GWINNETT COUNTY, et al.,

               Defendants.

CIVIL ACTION FILE

NO. 1:21-CV-5226-SCJ

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, and the Court having previously entered an Order on August 22, 2022 having granted Defendants' Motion to Dismiss, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed** as to Defendant Gwinnett County and Defendant The Gwinnett County Police Department.

Dated at Atlanta, Georgia, this 30th day of March, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ D. McGoldrick
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 30, 2023
Kevin P. Weimer
Clerk of Court

By:   s/ D. McGoldrick
       Deputy Clerk